In the Matter of the Intermediate Judicial Settlement of the Account of Proceedings of ADDY CRANE and CAROLINE E. CRANE, as Executrices of the Last Will and Testament of ALEXANDER M. CRANE, Deceased, and of the Petition of Said Executrices for a Determination as to the Construction or Effect of the Disposition of Property Contained in the Will of Said Decedent. ALEXANDER M. CRANE, JR., and RICHARD CRANE, Appellants; ADDY CRANE, Individually and as Executrix, etc., of ALEXANDER M. CRANE, Deceased; CAROLINE E. CRANE, as Executrix, etc., of ALEXANDER M. CRANE, Deceased; and RAY W. AYLESWORTH, as Special Guardian for RHODA CRANE and DAVID CRANE, Infants, etc., Respondents.— Appeal from a decree of the Surrogate's Court, Westchester County, construing a will and settling the account of the executrices. Decree, in so far as appealed from, unanimously affirmed, with costs to respondents, payable out of the estate. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.